789 A.2d 647
IN THE MATTER OF ROBERT G. ROSENBERG,
AN ATTORNEY AT LAW.

February 6, 2002.

**ORDER**

The Disciplinary Review Board having filed with the Court is decision in DRB 00–405, concluding that **ROBERT G. ROSENBERG** of **PATERSON**, who was admitted to the bar of this State in 1976, should be reprimanded for violating *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping violations) resulting in the negligent misappropriation of client trust funds;

And the Disciplinary Review Board having further concluded that respondent should be required to submit quarterly reconciliations of his attorney accounts prepared by a certified public accountant approved by the Office of Attorney Ethics and that he should be required to practice under supervision for a period of two years;

And good cause appearing;

It is ORDERED that **ROBERT G. ROSENBERG** is hereby reprimanded; and it is further

It is ORDERED that respondent shall submit to the Office of Attorney Ethics quarterly reconciliations of his attorney accounts prepared by a certified public accountant approved by the Office of Attorney Ethics on a schedule to be established by that office until the further Order of the Court; and it is further

ORDERED that respondent shall practice under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of two years and until the further Order of the Court; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.